# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–23437–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Peter C Bell
8 Harrison Place
Manchester Township, NJ 08759

Edna M Bell
aka Edna M Jones, aka Edna Jones Bell
902B N. New York Ave.
Atlantic City, NJ 08401

Social Security No.:
xxx–xx–7641

xxx–xx–7740

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE DOCUMENTS

☑ The Court having noted that the debtor filed a petition on July 3, 2018, and did not file the following documents:

Ch. 13 Plan and Motions (LOCAL FORM)

☐ The court having noted that the debtor's case was converted to chapter 13 on , and that the Court's local form, Chapter 13 Plan and Motions has not been filed,

It is hereby

ORDERED that the above document(s) must be received by the Clerk on or before 7/17/18 or the case will be dismissed.

If you object to dismissal you may file an Application to Extend Time to File Missing Documents or a written request for a hearing with the Clerk of the Bankruptcy Court at the address above. The Application or request must be received by the Clerk no later than 7/17/18.

If an Application to Extend Time to File Missing Documents is filed, the Court will either grant or deny your request and enter an order.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Michael B. Kaplan on

Date: August 8, 2018
Time: 10:00 am
Location: Courtroom 8
Address:    Clarkson S. Fisher Courthouse
            402 East State Street
            Trenton, NJ 08608–1507

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED.**

Dated: July 5, 2018
JAN: wdr

Michael B. Kaplan
United States Bankruptcy Judge