Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–23437–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Peter C Bell
8 Harrison Place
Manchester Township, NJ 08759

Edna M Bell
aka Edna M Jones, aka Edna Jones Bell
902B N. New York Ave.
Atlantic City, NJ 08401

Social Security No.:
  xxx–xx–7641                                   xxx–xx–7740

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         9/11/18
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 9, 2018
JAN: wdr

                                       Jeanne Naughton
                                       Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Peter C Bell  
Edna M Bell  
    Debtors

Case No. 18-23437-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jul 09, 2018  
                       Form ID: 132      Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2018.

```
db           #+Peter C Bell,    8 Harrison Place,    Manchester Township, NJ 08759-4910
jdb           +Edna M Bell,    902B N. New York Ave.,    Atlantic City, NJ 08401-2374
517628509     +Merrick Bank,    PO Box 9211,    Old Bethpage, NY 11804-9011
517628511     +Midland Funding LLC PO Box 2001,    Warren, MI 48090-2001
517628512      New York State Department of Taxation,    PO Box 4127,    Binghamton, NY 13902-4127
517628517     +RAS Citron, LLC,    130 Clinton Road,    Suite 202,    Fairfield, NJ 07004-2927
517629900     +Sencit FG McKinley Association,    1427a McKinley Ave,    Atlantic City, NJ 08401-2342
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2018 22:48:23     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2018 22:48:19     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517628502      E-mail/Text: GenesisFS@ebn.phinsolutions.com Jul 09 2018 22:49:25     Bankcard Services,
               PO Box 4499,    Beaverton, OR 97076-4499
517628503      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2018 22:57:44     Capital One,
               PO Box 30285,    Salt Lake City, UT 84130-0285
517628504      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2018 22:57:44     Capital One Bank,
               PO Box 30285,    Salt Lake City, UT 84130-0285
517628505     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2018 22:57:44
               Capital One Bank/Dress Barn,    PO Box 30258,    Salt Lake City, UT 84130-0258
517628506      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2018 22:47:52     Comenity Capital/Boscovs,
               Bankruptcy Dept.,    PO Box 183043,    Columbus, OH 43218-3043
517628508     +E-mail/Text: Bankruptcy@homebridge.com Jul 09 2018 22:49:12
               Homebridge Financial Services, Inc.,    194 Wood Avenue South,    9th Floor,
               Iselin, NJ 08830-2761
517628507     +E-mail/Text: Bankruptcy@homebridge.com Jul 09 2018 22:49:12
               Homebridge Financial Services, Inc.,    112 Town Park Drive,    Suite 300,
               Kennesaw, GA 30144-3754
517628510     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2018 22:48:18     Midland Funding LLC,
               8875 Aero Drive,    Ste 200,    San Diego, CA 92123-2255
517628513     +E-mail/PDF: cbp@onemainfinancial.com Jul 09 2018 22:57:02     OneMain,    Terre Mar Plaza,
               900 Tilton Road,    Northfield, NJ 08225-1234
517628514      E-mail/PDF: cbp@onemainfinancial.com Jul 09 2018 22:57:02     OneMain Financial,
               Bankruptcy Dept.,    PO Box 6042,    Sioux Falls, SD 57117-6042
517628515     +E-mail/PDF: cbp@onemainfinancial.com Jul 09 2018 22:57:02     OneMain Financial,
               Terre Mar Plaza,    900 Tilton Road,    Northfield, NJ 08225-1234
517628516     +E-mail/PDF: cbp@onemainfinancial.com Jul 09 2018 22:57:27     OneMain Financial,    PO Box 1010,
               Evansville, IN 47706-1010
517628518      E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2018 22:57:49     SYNCB/JC Penney,
               Attn: Bankruptcy Dept.,    PO Box 965064,    Orlando, FL 32896-5064
517628519      E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2018 22:58:10     Synchrony Bank/Care Credit,
               Attn: Bankruptcy Dept.,    PO Box 965061,    Orlando, FL 32896-5061
                                                                                              TOTAL: 16
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2018                                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Jul 09, 2018
                              Form ID: 132               Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Jorge F. Coombs    on behalf of Joint Debtor Edna M Bell jcoombs@youngbloodlegal.com
              Jorge F. Coombs    on behalf of Debtor Peter C Bell jcoombs@youngbloodlegal.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 4
```