

**Department of Taxation and Finance**

OFFICE OF COUNSEL

December 3, 2018

Jorge F. Coombs, Esq.
Youngblood, Franklin, Sampoli, & Coombs, P.A.
1201 New Road, Suite 230
Linwood, NJ 08221

    Re:    Peter & Edna Bell, 18-23437
            Motion to Reduce Claim of New York State (Claim No. 3)

Dear Mr. Coombs:

    The New York State Department of Taxation and Finance ("the Department") is in receipt of the Debtors' Motion to Reduce the Claim of New York State. The Department will not oppose the relief requested, i.e. the reduction of the Department's Pre-Petition General Unsecured Claim to an allowed amount of $3,552.77.

                              Very truly yours,

                              AMANDA HILLER
                              Deputy Commissioner and Counsel

                By:    Robert L. Cook
                              Robert L. Cook
                              District Tax Attorney

cc:    Clerk, U.S. Bankruptcy Court
       Albert Russo, Esq., Trustee