B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

January

_____ District Of  New Jersey _____

In re  Peter C Bell and Edna M Bell aka Edna M Jones
aka Edna Jones Bell_____,   Case No.  18-23437-MBK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Ditech Financial LLC  
    Name of Transferee

HomeBridge Financial Services, Inc.  
    Name of Transferor

Name and Address where notices to transferee should be sent:  
Ditech Financial LLC  
P.O. Box 6154  
Rapid City, SD 57709-6154

Court Claim # (if known): 12  
Amount of Claim: $140,834.22  
Date Claim Filed: 09/11/2018

Phone:  (888) 298-7785  
Last Four Digits of Acct #:  7218

Phone:  (855) 248-0530  
Last Four Digits of Acct. #:  8643

Name and Address where transferee payments should be sent (if different from above):  
Ditech Financial LLC  
P.O Box 0049  
Palatine IL 60055-0049

Phone:  (888)298-7785  
Last Four Digits of Acct #:  7218

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alexandra T. Garcia_____     Date: January 01, 2019_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
|---|---|
| **McCABE, WEISBERG & CONWAY, LLC**<br>By: Alexandra T. Garcia, Esq. (Atty. I.D.#ATG4688)<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ 08108<br>856-858-7080<br>Attorneys for Movant: Ditech Financial LLC | |
| IN re:<br><br>Peter C Bell<br>Edna M Bell aka Edna M Jones•• aka Edna Jones Bell<br>     Debtors | Case No.: 18-23437-MBK<br>Chapter: 13<br>Judge: Michael B. Kaplan |

### CERTIFICATION OF SERVICE

1. I, Gloria Kolling:

    ❏ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Alexandra T Garcia, Esq., who represents the Movant in the above captioned matter.

    ❏ am the _____ in the above case and am representing myself.

2. On December 11, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    - Transfer of Claim
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:    January 02, 2019                                    */s/* Gloria Kolling
                                                                                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Peter C Bell<br>8 Harrison Place<br>Manchester Township, New Jersey 08759<br><br>Edna M Bell aka Edna M Jones••<br>aka Edna Jones Bell<br>902B N. New York Ave.<br>Atlantic City, New Jersey 08401 | Debtors | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Jorge F. Coombs<br>Youngblood Franklin Sampoli & Coombs<br>Cornerstone Commerce Center<br>1201 New Road, Suite 230<br>Linwood, New Jersey 08221 | Attorney for Debtors | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, New Jersey 08650-4853 | Chapter 13 Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.4/24/12*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Peter C Bell<br>8 Harrison Place<br>Manchester Township, New Jersey 08759<br><br>Edna M Bell aka Edna M Jones••<br>aka Edna Jones Bell<br>902B N. New York Ave.<br>Atlantic City, New Jersey 08401 | Debtors | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Jorge F. Coombs<br>Youngblood Franklin Sampoli & Coombs<br>Cornerstone Commerce Center<br>1201 New Road, Suite 230<br>Linwood, New Jersey 08221 | Attorney for Debtors | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, New Jersey 08650-4853 | Chapter 13 Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.4/24/12*



**ditech**
a Walter company

P.O. Box 6172
Rapid City, SD 57709-6172

October 15, 2018

JORGE F COOMBS
1201 NEW RD STE 230
LINWOOD, NJ 08221-1154

Re: HomeBridge Financial Services, Inc. ("HomeBridge") Account Number:
New Ditech Financial LLC ("Ditech") Account Number:

**IF YOU OR YOUR CLIENT ARE IN BANKRUPTCY, THIS NOTICE IS INFORMATIONAL ONLY. IT IS NOT AN ATTEMPT TO COLLECT THE DEBT. YOU OR YOUR CLIENT MAY DISREGARD INFORMATION PERTAINING TO PAYMENT REMITTANCE. ANY PAYMENT OBLIGATIONS ARE GOVERNED BY ANY CONFIRMED BANKRUPTCY PLAN OR COURT ORDER.**

To Whom It May Concern:

### NOTICE OF SERVICING TRANSFER

If the debt is subject to an active bankruptcy case, this communication is provided for informational purposes only and is not an attempt to collect a debt.

The servicing of the mortgage account is being transferred, effective with the next payment scheduled for 11/1/2018. This means that after this date, a new servicer will have the right to collect mortgage account payments, should you or your client choose to make such payments. Nothing else about the mortgage account will change.

HomeBridge Financial Services, Inc. ("HomeBridge") is now handling the mortgage account payments. HomeBridge will stop accepting payments received after 9/30/2018.

Ditech will handle the mortgage account payments going forward. The new servicer will start accepting payments received on 10/1/2018.

**All payments made on or after 10/1/2018 SHOULD BE SENT to Ditech at this address:**

P.O. Box 7169
Pasadena, CA 91109-7169

If you or your client have any questions for either the present servicer, HomeBridge or the new servicer, Ditech, about the mortgage account or this transfer, please contact them using the information below:

Current Servicer:
HomeBridge
Attention: Customer Service Department

P.O. Box 100051
Kennesaw, GA 30156

New Servicer:
Ditech
Customer Service

P.O. Box 6172
Rapid City, SD 57709-6172


EQUAL HOUSING LENDER

Hello RESPA Transfer Letter ABK, 10022018

LTR-017

Important note about insurance: If you or your client has mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect you or your client's insurance in the following way:

The transfer of servicing will affect the terms of or the continued availability of any mortgage life or disability insurance or other types of optional insurance products or optional products.

You or your client should do the following to maintain coverage:

You or your client will need to contact the company providing the product directly for continued coverage or enrollment.

Under Federal law, during the 60-day period following the effective date of the transfer of the account servicing, any payment received by the old servicer on or before the due date may not be treated by the new servicer as late, and a late fee may not be imposed on the account.

<u>Ditech</u>                                         <u>October 15, 2018</u>
New Servicer                                    Date

# ADDITIONAL IMPORTANT INFORMATION

**Payment Processing:**
Account Payment Address:

P.O. Box 7169
Pasadena, CA 91109-7169

If you or your client currently have future dated Pay by Phone payment(s) set up with HomeBridge, these transactions were canceled upon transfer of servicing to Ditech. If you or your client would like to set up future Pay by Phone payments with Ditech, please contact our Customer Service Department at ▮▮▮▮▮▮▮▮▮▮

**Account Modifications:**
If you or your client are currently in an active trial modification or have a modification review underway, this information will be forwarded to Ditech so they can continue the process with you or your client. Please call Ditech at ▮▮▮▮▮▮▮▮ after the account transfer date if you or your client have questions about the modification.

**Loss Mitigation Information:**
If you or your client have submitted a loss mitigation application to the prior servicer, that information will be forwarded to Ditech as part of the servicing transfer. If the application was incomplete and you or your client were in process of submitting additional information to complete the application, you or your client may send any additional information to the following address:

Ditech Financial LLC
2100 East Elliot Road, Building 94
Tempe, AZ 85284
Fax: 1- 877-612-2422

**Insurance Loss Payee:**

Ditech Financial LLC
Its affiliates and/or assigns
P.O. Box 979282
Miami, FL 33197-9282

**Customer Service:**
Any questions, complaints or inquiries you or your client have regarding the mortgage account may always be directed in writing to Ditech Customer Service Department at the below-referenced address or by calling the toll-free phone number at ▮▮▮▮▮▮▮▮ between Mon - Fri 8am to 12am ET, Saturday 8am to 5pm ET and Sunday 1pm to 5pm ET. You or your client may also access our website at www.ditech.com 24 hours a day. The website allows convenient, secure access to the basic account information, and allows you or your client to make payments on the mortgage account, obtain payoff quotes and insurance information. The website will be available to you or your client shortly after the servicing transfer day. You or your client may also contact Ditech by writing to us at the following address:

Ditech Financial LLC
P.O. Box 6172
Rapid City, SD 57709-6172

Respectfully,

Ditech
1-800-643-0202
Mon - Fri 8am to 12am ET
Saturday 8am to 5pm ET
Sunday 1pm to 5pm ET

Ditech has designated the following address where mortgage account customers must send any Qualified Written Request, Notice of Error or Request for Information: PO Box 6176, Rapid City, SD 57709-6176.

**Fair and Accurate Credit Transactions Act Notice - We may report information about your or your client's account to credit bureaus. Late payments, missed payments, or other defaults on you or your client's account may be reflected in you or your client's credit report.**

Hello RESPA Transfer Letter ABK, 1022018