| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Youngblood, Franklin, Sampoli & Coombs, P.A.<br>1201 New Road, Suite 230<br>Linwood, NJ 08221<br>609-601-6600  Fax: 609-601-6601<br><br>Jorge F. Coombs, Esq. 017962002 | Order Filed on January 10, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Peter C. Bell<br>Edna M. Bell | Case No.:  18-23437-MBK<br><br>Chapter:  13<br><br>Hearing Date:  January 8, 2019<br><br>Judge:  Judge Michael B. Kaplan |

## ORDER REDUCING CLAIM OF NEW YORK STATE

The relief set forth on the following page, numbered two (2), is **ORDERED**.

**DATED: January 10, 2019**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

The Court having reviewed the movant's Motion to Reduce Claim of New York State, and any related responses or objections, it is hereby

**ORDERED** that:

1. New York State's general, unsecured claim (Claim No. 3) is hereby reduced from $101,615.88, to $3,552.77.