UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Youngblood, Franklin, Sampoli & Coombs, P.A.
1201 New Road, Suite 230
Linwood, NJ 08221
609-601-6600  Fax: 609-601-6601

Jorge F. Coombs, Esq. 017962002

In Re:
Peter C. Bell
Edna M. Bell

Order Filed on January 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 18-23437-MBK |
| Chapter: | 13 |
| Hearing Date: | January 8, 2019 |
| Judge: | Judge Michael B. Kaplan |

## ORDER REDUCING CLAIM OF NEW YORK STATE

The relief set forth on the following page, numbered two (2), is **ORDERED**.

DATED: January 10, 2019

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having reviewed the movant's Motion to Reduce Claim of New York State, and any related responses or objections, it is hereby

**ORDERED** that:

1. New York State's general, unsecured claim (Claim No. 3) is hereby reduced from $101,615.88, to $3,552.77.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-23437-MBK
Peter C Bell                                                        Chapter 13
Edna M Bell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 10, 2019
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2019.
db          #+Peter C Bell,    8 Harrison Place,    Manchester Township, NJ 08759-4910
jdb          +Edna M Bell,    902B N. New York Ave.,    Atlantic City, NJ 08401-2374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Jorge F. Coombs    on behalf of Joint Debtor Edna M Bell jcoombs@youngbloodlegal.com
              Jorge F. Coombs    on behalf of Debtor Peter C Bell jcoombs@youngbloodlegal.com
              Melissa S DiCerbo    on behalf of Creditor    HomeBridge Financial Services, Inc.
               nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Melissa S DiCerbo    on behalf of Creditor    Ditech Financial LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8