| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
#### Chapter 13 Case No. 18-23437 / MBK

Peter C Bell                                                                                              Petition Filed Date: 07/03/2018
Edna M Bell                                                                                              341 Hearing Date: 08/09/2018
                                                                                                          Confirmation Date: 02/26/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2019 | $69.31 | 69726996647 | 01/09/2019 | $500.00 | 69726996636 | 02/12/2019 | $569.31 | 25634311694 |
| 03/13/2019 | $1,000.00 | 25786508365 | 03/13/2019 | $20.00 | 25786508376 | 04/16/2019 | $1,000.00 | 25786534590 |
| 04/16/2019 | $20.00 | 25786534601 | 05/21/2019 | $20.00 | 25932403271 | 05/21/2019 | $1,000.00 | 25932403260 |
| 06/18/2019 | $20.00 | 25932424241 | 06/18/2019 | $1,000.00 | 25932424230 | 07/22/2019 | $1,000.00 | 25932435412 |
| 07/22/2019 | $20.00 | 25932435423 | 08/28/2019 | $20.00 | 26093208947 | 08/28/2019 | $1,000.00 | 26093208958 |
| 10/02/2019 | $20.00 | 26093235328 | 10/02/2019 | $1,000.00 | 26093235317 | 10/16/2019 | $800.00 | 26252625420 |
| 10/16/2019 | $220.00 | 26252625431 | 11/26/2019 | $20.00 | 26252645545 | 11/26/2019 | $1,000.00 | 26252645556 |
| 12/27/2019 | $1,000.00 | 26252618973 | 12/27/2019 | $20.00 | 26252618984 | | | |

**Total Receipts for the Period: $11,338.62   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,185.17**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Peter C Bell | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jorge F. Coombs<br>»»  ATTORNEY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | ONEMAIN CONSUMER LOAN, INC. | Unsecured Creditors | $2,505.71 | $0.00 | $2,505.71 |
| 2 | ONEMAIN CONSUMER LOAN, INC. | Unsecured Creditors | $8,904.05 | $0.00 | $8,904.05 |
| 3 | NEW YORK STATE<br>»»  1999/ORDER 1/10/2019 | Unsecured Creditors | $3,552.77 | $0.00 | $3,552.77 |
| 4 | CW NEXUS CREDIT CARD HOLDINGS 1, LLC | Unsecured Creditors | $1,167.03 | $0.00 | $1,167.03 |
| 5 | MIDLAND CREDIT  AS AGENT FOR<br>»»  DRESS BARN | Unsecured Creditors | $2,798.95 | $0.00 | $2,798.95 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $628.21 | $0.00 | $628.21 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $541.10 | $0.00 | $541.10 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $781.16 | $0.00 | $781.16 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CARE CREDIT | Unsecured Creditors | $1,425.38 | $0.00 | $1,425.38 |
| 10 | QUANTUM3 GROUP LLC<br>»»  BOSCOVS | Unsecured Creditors | $1,980.62 | $0.00 | $1,980.62 |
| 11 | ECAST SETTLEMENT CORP<br>»»  SYNCHRONY | Unsecured Creditors | $1,024.61 | $0.00 | $1,024.61 |
| 12 | Loancare<br>»»  P/8 HARRISON PL/1ST MTG/HOMEBRIDGE/DITECH | Mortgage Arrears | $24,412.05 | $10,766.24 | $13,645.81 |

| | | | | | |
|---|---|---|---|---|---|
| 13 | NEW YORK STATE<br>»» AMENDS 3-1 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | NEW YORK STATE<br>»» AMENDS 3-1 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,185.17 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $13,266.24 | Current Monthly Payment: | $1,020.00 |
| Paid to Trustee: | $918.93 | Arrearages: | $2,040.00 |
| Funds on Hand: | $0.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**