| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-23437 / MBK**

Peter C Bell  
Edna M Bell

Petition Filed Date: 07/03/2018  
341 Hearing Date: 08/09/2018  
Confirmation Date: 02/26/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/12/2020 | $20.00 | 26442220634 | 02/12/2020 | $1,000.00 | 26442220623 | 02/19/2020 | $20.00 | 26442224111 |
| 02/19/2020 | $1,000.00 | 26442224100 | 03/24/2020 | $20.00 | 26492145445 | 03/24/2020 | $1,000.00 | 26492145467 |
| 04/14/2020 | $20.00 | 26625215002 | 04/14/2020 | $1,000.00 | 26625212998 | 05/19/2020 | $1,000.00 | 26492111054 |
| 05/19/2020 | $20.00 | 26492111065 | 06/12/2020 | $1,000.00 | 26492121303 | 06/12/2020 | $20.00 | 26492121314 |
| 07/20/2020 | $900.00 | 26903308228 | 07/20/2020 | $100.00 | 26903308195 | 07/20/2020 | $20.00 | 26903308206 |
| 08/17/2020 | $20.00 | 26903325036 | 08/17/2020 | $1,000.00 | 26903325025 | 09/22/2020 | $20.00 | 26903348267 |
| 09/22/2020 | $1,000.00 | 26903348256 | 10/22/2020 | $1,000.00 | 26970613762 | 10/22/2020 | $20.00 | 26970613751 |
| 11/25/2020 | $1,000.00 | 27119301658 | 11/25/2020 | $20.00 | 27119301660 | 01/05/2021 | $20.00 | 26970649481 |
| 01/05/2021 | $1,000.00 | 26970649470 | 01/15/2021 | $1,000.00 | 27195916217 | 01/15/2021 | $20.00 | 27195916230 |
| 02/17/2021 | $1,000.00 | 27119318771 | 02/17/2021 | $20.00 | 27119318782 | | | |

**Total Receipts for the Period: $14,280.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $28,465.17**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Peter C Bell | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jorge F. Coombs<br>»»  ATTORNEY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $2,505.71 | $0.00 | $2,505.71 |
| 2 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $8,904.05 | $0.00 | $8,904.05 |
| 3 | NEW YORK STATE<br>»»  1999 TAX PERIOD | Unsecured Creditors | $3,552.77 | $0.00 | $3,552.77 |
| 4 | CW NEXUS CREDIT CARD HOLDINGS 1, LLC | Unsecured Creditors | $1,167.03 | $0.00 | $1,167.03 |
| 5 | MIDLAND CREDIT  AS AGENT FOR<br>»»  DRESS BARN | Unsecured Creditors | $2,798.95 | $0.00 | $2,798.95 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $628.21 | $0.00 | $628.21 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $541.10 | $0.00 | $541.10 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $781.16 | $0.00 | $781.16 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CARE CREDIT | Unsecured Creditors | $1,425.38 | $0.00 | $1,425.38 |
| 10 | QUANTUM3 GROUP LLC<br>»»  BOSCOVS | Unsecured Creditors | $1,980.62 | $0.00 | $1,980.62 |
| 11 | ECAST SETTLEMENT CORP<br>»»  SYNCHRONY | Unsecured Creditors | $1,024.61 | $0.00 | $1,024.61 |

**Chapter 13 Case No. 18-23437 / MBK**

| 12 | Loancare<br>»»  P/8 HARRISON PL/1ST MTG/HOMEBRIDGE/DITECH | Mortgage Arrears | $24,412.05 | $21,029.48 | $3,382.57 |
| 13 | NEW YORK STATE<br>»»  AMENDS 3-1 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | NEW YORK STATE<br>»»  AMENDS 13-1 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,465.17 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $23,529.48 | Current Monthly Payment: | $1,020.00 |
| Paid to Trustee: | $2,062.35 | Arrearages: | $0.00 |
| Funds on Hand: | $2,873.34 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**