UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Youngblood, Franklin & Sampoli, P.A.
1201 New Road, Suite 230
Linwood, NJ 08221
609-601-6600  Fax: 609-601-6601
JYoungblood@youngbloodlegal.com

Joseph L. Youngblood, Jr., Esquire
Attorney for Debtors

| In Re: | Case No.: | 18-23437-MBK |
|--------|-----------|--------------|
| Peter C. Bell | Chapter: | 13 |
| Edna M. Bell | Judge: | Judge Michael B. Kaplan |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Joseph L. Youngblood, Jr., Esquire, will be substituted as attorney of record for Debtors, Peter C. Bell and Edna M. Bell, in this case.

Date:   December 13, 2021

/s/
_____
Jorge F. Coombs, Esquire,
Former Attorney

Date:   December 13, 2021

/s/
_____
Joseph L. Youngblood, Jr., Esquire,
Substituted Attorney