| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 18-23437 / MBK**

Peter C Bell
Edna M Bell

Petition Filed Date: 07/03/2018
341 Hearing Date: 08/09/2018
Confirmation Date: 02/26/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2021 | $20.00 | 26970649481 | 01/05/2021 | $1,000.00 | 26970649470 | 01/15/2021 | $1,000.00 | 27195916217 |
| 01/15/2021 | $20.00 | 27195916230 | 02/17/2021 | $1,000.00 | 27119318771 | 02/17/2021 | $20.00 | 27119318782 |
| 03/16/2021 | $1,000.00 | 26970600295 | 03/16/2021 | $20.00 | 26970600317 | 04/13/2021 | $20.00 | 27119347007 |
| 04/13/2021 | $1,000.00 | 27119341991 | 05/18/2021 | $1,000.00 | 27417177628 | 05/18/2021 | $20.00 | 27417177630 |
| 06/15/2021 | $20.00 | 27417192693 | 06/15/2021 | $1,000.00 | 27417192682 | 07/20/2021 | $20.00 | 27530367873 |
| 07/20/2021 | $1,000.00 | 27530367862 | 08/18/2021 | $20.00 | 27530389787 | 08/18/2021 | $1,000.00 | 27530389776 |
| 09/23/2021 | $1,000.00 | 27720528030 | 09/23/2021 | $20.00 | 27720528041 | 10/20/2021 | $20.00 | 27720540933 |
| 10/20/2021 | $1,000.00 | 27720540922 | 11/23/2021 | $20.00 | 27842635023 | 11/23/2021 | $1,000.00 | 27842635001 |
| 12/28/2021 | $1,000.00 | 27905425086 | 12/28/2021 | $20.00 | 27905425108 | 02/01/2022 | $20.00 | 27905440544 |
| 02/01/2022 | $1,000.00 | 27905440511 | | | | | | |

**Total Receipts for the Period:  $14,280.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $39,685.17**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Peter C Bell | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jorge F. Coombs<br>»» ATTORNEY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $2,505.71 | $882.97 | $1,622.74 |
| 2 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $8,904.05 | $3,137.63 | $5,766.42 |
| 3 | NEW YORK STATE<br>»» 1999 TAX PERIOD | Unsecured Creditors | $3,552.77 | $1,251.93 | $2,300.84 |
| 4 | CW NEXUS CREDIT CARD HOLDINGS 1, LLC | Unsecured Creditors | $1,167.03 | $411.24 | $755.79 |
| 5 | MIDLAND CREDIT  AS AGENT FOR<br>»» DRESS BARN | Unsecured Creditors | $2,798.95 | $986.30 | $1,812.65 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $628.21 | $221.37 | $406.84 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $541.10 | $190.68 | $350.42 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $781.16 | $275.27 | $505.89 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CARE CREDIT | Unsecured Creditors | $1,425.38 | $502.28 | $923.10 |
| 10 | QUANTUM3 GROUP LLC<br>»» BOSCOVS | Unsecured Creditors | $1,980.62 | $697.94 | $1,282.68 |
| 11 | ECAST SETTLEMENT CORP<br>»» SYNCHRONY | Unsecured Creditors | $1,024.61 | $361.05 | $663.56 |

**Chapter 13 Case No. 18-23437 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | Loancare<br>»» P/8 HARRISON PL/1ST MTG/HOMEBRIDGE/DITECH | Mortgage Arrears | $24,412.05 | $24,412.05 | $0.00 |
| 13 | NEW YORK STATE<br>»» AMENDS 3-1 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | NEW YORK STATE<br>»» AMENDS 13-1 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH L. YOUNGBLOOD, JR., ESQ.<br>»» SUB OF ATTY 12/15/21 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,685.17 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $35,830.71 | Current Monthly Payment: | $1,020.00 |
| Paid to Trustee: | $2,920.14 | Arrearages: | $1,020.00 |
| Funds on Hand: | $934.32 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

