| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 18-23437 / MBK**

Peter C Bell  
Edna M Bell

Petition Filed Date: 07/03/2018  
341 Hearing Date: 08/09/2018  
Confirmation Date: 02/26/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2022 | $20.00 | 27905440544 | 02/01/2022 | $1,000.00 | 27905440511 | 02/25/2022 | $20.00 | 27676425453 |
| 02/25/2022 | $1,000.00 | 27676425442 | 03/22/2022 | $1,000.00 | 28004419146 | 03/22/2022 | $20.00 | 28004419157 |
| 04/26/2022 | $20.00 | 28141016218 | 04/26/2022 | $1,000.00 | 28141016207 | 06/02/2022 | $1,000.00 | 28049609237 |
| 06/02/2022 | $20.00 | 28049609248 | 07/05/2022 | $20.00 | 28092112378 | 07/05/2022 | $1,000.00 | 28092112367 |
| 08/05/2022 | $20.00 | 28306076646 | 08/05/2022 | $1,000.00 | 28306076635 | 08/26/2022 | $20.00 | 28103220123 |
| 08/26/2022 | $1,000.00 | 28103220112 | 09/29/2022 | $20.00 | 28384890917 | 09/29/2022 | $1,000.00 | 28384890906 |
| 10/25/2022 | $1,000.00 | 28401415492 | 10/25/2022 | $20.00 | 28401415503 | 01/17/2023 | $1,000.00 | 28564846413 |
| 01/17/2023 | $20.00 | 28564846424 | 02/14/2023 | $1,000.00 | 28564838976 | 02/14/2023 | $20.00 | 28564838987 |

**Total Receipts for the Period: $12,240.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $50,905.17**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Peter C Bell | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jorge F. Coombs<br>»» ATTORNEY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $2,505.71 | $1,902.89 | $602.82 |
| 2 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $8,904.05 | $6,761.94 | $2,142.11 |
| 3 | NEW YORK STATE<br>»» 1999 TAX PERIOD | Unsecured Creditors | $3,552.77 | $2,698.06 | $854.71 |
| 4 | CW NEXUS CREDIT CARD HOLDINGS 1, LLC | Unsecured Creditors | $1,167.03 | $886.27 | $280.76 |
| 5 | MIDLAND CREDIT AS AGENT FOR<br>»» DRESS BARN | Unsecured Creditors | $2,798.95 | $2,125.59 | $673.36 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $628.21 | $477.08 | $151.13 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $541.10 | $410.92 | $130.18 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $781.16 | $593.23 | $187.93 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CARE CREDIT | Unsecured Creditors | $1,425.38 | $1,082.46 | $342.92 |
| 10 | QUANTUM3 GROUP LLC<br>»» BOSCOVS | Unsecured Creditors | $1,980.62 | $1,504.13 | $476.49 |
| 11 | ECAST SETTLEMENT CORP<br>»» SYNCHRONY | Unsecured Creditors | $1,024.61 | $778.11 | $246.50 |
| 12 | Loancare<br>»» P/8 HARRISON PL/1ST MTG/HOMEBRIDGE/DITECH | Mortgage Arrears | $24,412.05 | $24,412.05 | $0.00 |

**Chapter 13 Case No. 18-23437 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | NEW YORK STATE<br>»» AMENDS 3-1 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | NEW YORK STATE<br>»» AMENDS 13-1 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH L. YOUNGBLOOD, JR., ESQ.<br>»» SUB OF ATTY 12/15/21 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $50,905.17 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $46,132.73 | Current Monthly Payment: | $1,020.00 |
| Paid to Trustee: | $3,825.88 | Arrearages: | $3,060.00 |
| Funds on Hand: | $946.56 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

