# ATTACHMENT 1

Account number: ████████████ ■ August 22, 2018 - September 24, 2018 ■ Page 4 of 7


WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/12 | | Purchase authorized on 09/11 Amazon.Com Amzn.Com/Bill WA S308254569450471 Card 0413 | | 11.72 | 3,021.79 |
| 9/13 | | Purchase authorized on 09/13 Sam's Club Pleasantville NJ P000000000787059374 Card 0413 | | 13.48 | |
| 9/13 | 1366 | Check | | 1,517.60 | 1,490.71 |
| 9/14 | | Purchase authorized on 09/13 Samsclub #8144 Pleasantville NJ S588256565211313 Card 0413 | | 25.00 | |
| 9/1 | | | | | |
| 9/1 | | | | | |
| 9/1 | | | | | |
| 9/1 | | | | | |
| 9/1 | | | | | |
| 9/1 | | | | | |
| 9/18 | | | | | |
| 9/18 | | | | | |
| 9/18 | | | | | |
| 9/18 | | | | | |
| 9/19 | | | | | |
| 9/20 | | | | | |
| | | City NJ 0002702 ATM ID 0071P Card 0413 | | | |
| 9/21 | | State of N.J. Deposit-19 Pp19 PR801 Bell,Peter C | 944.10 | | |
| 9/21 | | ATM Withdrawal authorized on 09/21 1301 Atlantic Ave Atlantic City NJ 0003063 ATM ID 0071P Card 0413 | | 60.00 | |
| 9/21 | | Purchase authorized on 09/21 Sam's Club Pleasantville NJ P000000000235891373 Card 0413 | | 56.40 | |
| 9/21 | | Purchase with Cash Back $ 20.00 authorized on 09/21 Wal-Mart #3212 Egg Harbor NJ P000000000685767240 Card 0413 | | 38.13 | |
| 9/21 | | Non-WF ATM Withdrawal authorized on 09/21 1 Castle Boulevard Atlantic City NJ 00468264699697555 ATM ID Cpsg0004 Card 0413 | | 45.00 | |
| 9/21 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 9/21 | | Non-WF ATM Withdrawal authorized on 09/21 1 Castle Boulevard Atlantic City NJ 00588264860393218 ATM ID Cpsg0002 Card 0413 | | 65.00 | |
| 9/21 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 9/21 | | Non-WF ATM Withdrawal authorized on 09/21 1 Castle Boulevard Atlantic City NJ 00468265025380159 ATM ID Cpsg0004 Card 0413 | | 45.00 | |
| 9/21 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 676.34 |
| 9/24 | | ATM Check Deposit on 09/22 1301 Atlantic Ave Atlantic City NJ 0003300 ATM ID 0071Y Card 0413 | 20.00 | | |
| 9/24 | | ATM Withdrawal authorized on 09/22 1301 Atlantic Ave Atlantic City NJ 0003301 ATM ID 0071Y Card 0413 | | 40.00 | |
| 9/24 | | Non-WF ATM Withdrawal authorized on 09/23 945 West Bay Ave Barnegat NJ 003882664879500681 ATM ID Pm3789 Card 0413 | | 40.00 | |
| 9/24 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 9/24 | | Non-WF ATM Withdrawal authorized on 09/24 1 Castle Boulevard Atlantic City NJ 00468267685535266 ATM ID Cpsg0007 Card 0413 | | 45.00 | |
| 9/24 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |

*Overlay: check image (Check #1366) dated Sept. 6, 2018, payable to Homebridge Financial Services, for "One thousand five hundred seventeen dollars & 60/100" — $1,517.60. Acct #: 18643. Memo area notes "Track your expenses..." with checkbox options. Marked NOT NEGOTIABLE.*



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/8 | | ATM Cash Deposit on 08/08 1301 Atlantic Ave Atlantic City NJ 0006937 ATM ID 0493F Card 0413 | 900.00 | | |
| 8/8 | | ATM Cash Deposit on 08/08 1301 Atlantic Ave Atlantic City NJ 0006939 ATM ID 0493F Card 0413 | 300.00 | | 2,061.07 |
| 8/9 | | ATM Withdrawal authorized on 08/09 1301 Atlantic Ave Atlantic City NJ 0007124 ATM ID 0493F Card 0413 | | 50.00 | 2,011.07 |
| 8/10 | | State of N.J. Deposit-16 Pp16 PR801 Bell, Peter C | 944.10 | | |
| 8/10 | 1365 | Check | | 1,136.00 | 1,819.17 |
| 8/13 | | Recurring Payment authorized on 08/10 Netflix.Com Netflix.Com CA S588222345820994 Card 0413 | | 11.72 | |
| 8/13 | | Non-WF ATM Withdrawal authorized on 08/12 945 West Bay Ave Barnegat NJ 00308224478503615 ATM ID Pm3790 Card 0413 | | 80.00 | |
| 8/13 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 8/13 | | Purchase with Cash Back $ 20.00 authorized on 08/13 Shoprite Absecon S1 Absecon NJ P00308225476454502 Card 0413 | | 28.27 | 1,696.68 |
| 8/15 | | ATM Withdrawal authorized on 08/15 1301 Atlantic Ave Atlantic City NJ 0008851 ATM ID 0071P Card 0413 | | 20.00 | |
| 8/15 | | Purchase authorized on 08/15 Sams Club Sam's Club Pleasantville NJ P00000000887325624 Card 0413 | | 5.48 | |
| 8/15 | | Purchase authorized on 08/15 Wal-Mart Super Center Egg Hbr Towns NJ P00000000975000811 Card 0413 | | 23.86 | |
| 8/15 | | Purchase authorized on 08/15 Save A Lot #221 Atlantic City NJ P003082276665675621 Card 0413 | | 12.48 | 1,634.86 |
| 8/16 | 1364 | Check | | 1,517.60 | 117.26 |
| 8/20 | | ATM Withdrawal authorized on 08/20 1301 Atlantic Ave Atlantic | | 40.00 | |

[Check image: Check #1364, dated Aug 8, 2018, payable to Homebridge Financial Services, Inc., amount $1,517.60, "One Thousand Five Hundred and Seventeen dollars", Acct #: 18643, NOT NEGOTIABLE]

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/24/2018 - 08/21/2018 | Standard monthly service fee $7.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any **ONE** of the following account requirements | Minimum required | This fee period |