# ATTACHMENT 3

| Date | Monthly Payment Amt. | Actual Billed Amt. | |
|---|---|---|---|
| 8/1/18 | 1093.06 | 1093.06 | |
| 9/1/18 | 1093.06 | 1093.06 | |
| 10/1/18 | 1093.06 | 1093.06 | |
| 11/1/18 | 1093.06 | 1093.06 | |
| 12/1/18 | 1093.06 | 1093.06 | |
| 1/1/19 | 1093.06 | 1091.05 | |
| 2/1/19 | 1093.06 | 1091.05 | |
| 3/1/19 | 1091.05 | 1091.05 | |
| 4/1/19 | 1091.05 | 1091.05 | |
| 5/1/19 | 1091.05 | 956.95 | |
| 6/1/19 | 1091.05 | 2263.9 | |
| 7/1/19 | 1091.05 | 2923.15 | |
| 8/1/19 | 1091.05 | 3163.16 | |
| 9/1/19 | 1091.05 | 2182.1 | |
| 10/1/19 | 1091.05 | 2299.05 | |
| 11/1/19 | 1091.05 | 2123.05 | |
| 12/1/19 | 1091.05 | 2267.54 | |
| 1/1/20 | 1095.16 | 971.05 | |
| 2/1/20 | 1095.16 | -944.55 | |
| 3/1/20 | 1095.16 | -798.05 | |
| 4/1/20 | 1095.16 | 0.00 | No bill |
| 5/1/20 | 1095.16 | -354.53 | |
| 6/1/20 | 1095.16 | 0.00 | No bill |
| 7/1/20 | 1095.16 | -63.54 | |
| 8/1/20 | 1095.16 | 1,027.51 | |
| 8/1/20 | 1095.16 | 80.95 | 2nd bill for 8/20 |
| 8/1/20 | 1095.16 | 17.41 | 3rd bill for 8/20 |
| 9/1/20 | 1095.16 | -13.30 | |
| 10/1/20 | 1095.16 | 163.86 | |
| 11/1/20 | 1095.16 | 0.00 | No bill |
| 12/1/20 | 1,095.16 | 1,272.32 | |
| 1/1/21 | 1,133.00 | 2,064.30 | |
| 2/1/21 | 1,133.00 | 1,924.98 | |
| 3/1/21 | 1,133.00 | 993.68 | |
| 4/1/21 | 1,133.00 | 1,133.00 | |
| 5/1/21 | 1,133.00 | 1,133.00 | |
| 6/1/21 | 1,133.00 | 1,133.00 | |
| 7/1/21 | 1,133.00 | 623.77 | |
| 8/1/21 | 1,133.00 | 623.77 | |
| 9/1/21 | 1,133.00 | 1,756.77 | |
| 10/1/21 | 1,133.00 | 1,756.77 | |
| 11/1/21 | 1,133.00 | 1756.77 | |
| 12/1/21 | 1,156.72 | 1780.49 | |
| 1/1/22 | 1156.72 | 1804.21 | |
| 2/1/22 | 1156.72 | 1804.21 | |
| 3/1/22 | 1156.72 | 1804.21 | |

| Date | | |
|---:|---:|---:|
| 4/1/22 | 1156.72 | 1808.21 |
| 5/1/22 | 1156.72 | 1808.21 |
| 6/1/22 | 1156.72 | 1808.21 |
| 7/1/22 | 1156.72 | 1808.21 |
| 8/1/22 | 1156.72 | 1808.21 |
| 9/1/22 | 1156.72 | 1808.21 |
| 10/1/22 | 1156.72 | 1808.21 |
| 11/1/22 | 1206.07 | 1857.56 |
| 12/1/22 | 1206.07 | 1906.91 |
| 1/1/23 | 1206.07 | 3112.98 |
| 2/1/23 | 1206.07 | 10845.58 |
| 3/1/23 | 1206.07 | 12135.94 |