# ATTACHMENT
# 4

# Claim Detail



Case 1823437  Debtor1 PETER C BELL  Debtor2 EDNA M BELL  Trustee RUSSO, ALBERT (ROBBINSVILLE, NJ)

## CLAIM DETAIL

| | |
|---|---|
| Claim Number | 12 |
| Claim Description | MORTGAGE ARREARAGES - SECURED |
| Comment | P/8 HARRISON PL/1ST MTG/HOMEBRIDGE /DITECH |
| Collateral Description | |
| Account Number | 7777/ 7218/ 8643 |
| Reference Number | 906315 |
| Court Claim Number | 12-1 |
| Claim Filed Date | 09/11/2018 |

## CLAIM AMOUNTS

| | |
|---|---|
| Claim Amount | $24,412.05 |
| Principal Paid | $24,412.05 |
| Principal Owed | $0.00 |
| Principal Due Amount | $0.00 |
| | 1915.56 |
| | 7/1/2021 12:00:00 AM |

## PAYMENT HISTORY

## CREDITOR INFORMATION

| | |
|---|---|
| Creditor Name | Loancare |
| Mailing Address | PO Box 37628 |
| | Philadelphia, PA 19101 |
| Contact Name | |
| Phone Number | |
| Creditor Number | 339762 |

## FLAGS

- No Check Indicator
- Stop Disburse Indicator
- Continuing Indicator
- Reserve Indicator

| DATE | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | PAYMENT AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 07/01/2021 | 2444350 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $1915.56 | $24,412.05 |
| 06/23/2021 | 2436004 | LOANCARE | PRINCIPAL (STOP PAYMENT) | -$1915.56 | $22,496.49 |
| 05/03/2021 | 2440276 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $509.23 | $24,412.05 |
| 04/01/2021 | 2438120 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $957.78 | $23,902.82 |
| 03/01/2021 | 2436004 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $1915.56 | $22,945.04 |
| 01/04/2021 | 2432148 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $957.78 | $21,029.48 |
| 12/01/2020 | 2430229 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $957.78 | $20,071.70 |
| 11/02/2020 | 2428244 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $918.00 | $19,113.92 |
| 10/01/2020 | 2426059 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $918.00 | $18,195.92 |
| 09/01/2020 | 2424087 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $918.00 | $17,277.92 |
| 08/03/2020 | 2422026 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $918.00 | $16,359.92 |

| DATE | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | PAYMENT AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 07/01/2020 | 2420356 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $918.00 | $15,441.92 |
| 06/01/2020 | 2418393 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $918.00 | $14,523.92 |
| 05/01/2020 | 2416417 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $946.56 | $13,605.92 |
| 04/01/2020 | 2414425 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $1893.12 | $12,659.36 |
| 02/03/2020 | 2410511 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $946.56 | $10,766.24 |
| 01/03/2020 | 2408464 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $946.56 | $9,819.68 |
| 12/03/2019 | 2406298 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $946.56 | $8,873.12 |
| 11/01/2019 | 2404245 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $946.56 | $7,926.56 |
| 10/02/2019 | 2402191 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $974.10 | $6,980.00 |
| 09/04/2019 | 2400221 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $974.10 | $6,005.90 |
| 08/01/2019 | 2398059 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $974.10 | $5,031.80 |
| 07/01/2019 | 2396027 | LOANCARE | PRINCIPAL (SYSTEM CHECK) | $948.60 | $4,057.70 |
| 06/03/2019 | 2393936 | DITECH FINANCIAL LLC. | PRINCIPAL (SYSTEM CHECK) | $948.60 | $3,109.10 |
| 05/06/2019 | 2391825 | DITECH FINANCIAL LLC. | PRINCIPAL (SYSTEM CHECK) | $948.60 | $2,160.50 |
| 04/02/2019 | 2389702 | DITECH FINANCIAL LLC. | PRINCIPAL (SYSTEM CHECK) | $1211.90 | $1,211.90 |