UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Youngblood, Franklin & Sampoli, P.A.
1201 New Road, Suite 215
Linwood, NJ 08221
609-601-6600  Fax: 609-601-6601
JYoungblood@youngbloodlegal.com

Joseph L. Youngblood, Jr., Esquire
Attorney for Debtors

In Re:

Peter C. Bell
Edna M. Bell

Case No.: 18-23437-MBK

Chapter: 13

Hearing Date: April 12, 2023

Judge: Judge Michael B. Kaplan

## CERTIFICATION OF SERVICE

I, John Griffith:
☐ represent _____ in this matter.
☒ am the secretary/paralegal for Joseph L. Youngblood, Jr., Esquire, who represents the debtors in this matter.
☐ am the _____ in this case and am representing myself.

1. On March 29, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

☒ Order Shortening Time Period and the Motion to Withdraw to which it pertains

2. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:

_____
JOHN GRIFFITH

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Esq.<br>Office of The Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | *Trustee* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other -Email to 'dmartin@russotrustee.com'; 'ecollazo@russotrustee.com'<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Peter Bell & Edna Bell<br>902B N. New York Ave.<br>Atlantic City, NJ 08401 | Debtor | ☐ Hand-delivered<br>☐ Regular mail(first class mail postage prepaid)<br>☐ Certified mail/Return receipt requested<br>☒ Other Email to peter.bell@njcourts.gov<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Edna Bell<br>902B N. New York Ave.<br>Atlantic City, NJ 08401 | Debtor | ☐ Hand-delivered<br>☐ Regular mail(first class mail postage prepaid)<br>☐ Certified mail/Return receipt requested<br>☒ Other – Email to 'ejonesbell9589@gmail.com'<br>(As authorized by the court or rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail(first class mail postage prepaid)<br>☐ Certified mail/Return receipt requested<br>☐ Other -Electronic Filing<br>(As authorized by the court or rule. Cite the rule if applicable.) |