| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**McCABE, WEISBERG & CONWAY, LLC**<br><br>**By: Andrew M. Lubin, Esq. (Atty. I.D.#AL0814)**<br><br>**216 Haddon Avenue, Suite 201**<br><br>**Westmont, NJ 08108**<br><br>**856-858-7080**<br><br>Attorneys for Movant: LoanCare, LLC | |
| In Re:<br><br>Edna M Bell aka Edna M Jones aka Edna Jones Bell<br>Peter C Bell<br>            Debtors | Case No.: 18-23437-MBK<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Motion for Relief from Automatic Stay at Docket No. 48

| | |
|---|---|
| Date: <u>May 25, 2023</u> | /s/ Andrew M. Lubin, Esq.<br>Signature |

*rev.8/1/15*