Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18–23437–MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Peter C Bell | Edna M Bell |
| 8 Harrison Place | aka Edna M Jones, aka Edna Jones Bell |
| Manchester Township, NJ 08759 | 902B N. New York Ave. |
| | Atlantic City, NJ 08401 |

Social Security No.:
  xxx–xx–7641                                   xxx–xx–7740

Employer's Tax I.D. No.:

### NOTICE OF RECEIPT OF RESPONSE TO
### NOTICE OF FINAL CURE PAYMENT

   TO: <u>Peter C Bell and Edna M Bell</u>
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: June 21, 2023
JAN: pbf

                                                          <u>Jeanne Naughton, Clerk</u>