| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1(b)

Peter C. Bell
Edna M. Bell
8 Harrison Place
Manchester Twp., New Jersey 08759
Phone: (609) 840-3622
Email: BellPeterC@Gmail.com

*Pro Se*

**Order Filed on October 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Peter C. Bell
Edna M. Bell

Case No.: 18-23437-MBK

Chapter: 13

Hearing Date: August 9, 2023

Judge: Judge Michael B. Kaplan

## ORDER FOR DETERMINATION OF FINAL CURE PAYMENT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 17, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter comes before the Court on a Motion for Determination of Final Cure and Mortgage Payments (ECF No. 60) filed by Debtors Peter and Edna Bell.  The Court has carefully reviewed the submissions of the parties and considered the arguments made on the record during the hearings on this matter.  Accordingly, it is HEREBY

ORDERED that the Debtors are to pay $4,828.24 by October 31, 2023, which will bring the mortgage current through October, 2023; and it is further

ORDERED that the Debtors are to make their November payment when it becomes due; and it is further

ORDERED that the Debtors are to satisfy the $7,045.99 arrearage by paying $1,174.33 per month starting on December 1, 2023 and every month thereafter for a total of six months.  Alternatively, the Debtors may pay $5,800 in full satisfaction of the arrearage no later than December 15, 2023.