UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Peter C. Bell
Edna M. Bell
8 Harrison Place
Manchester Twp., New Jersey 08759
Phone: (609) 840-3622
Email: BellPeterC@Gmail.com

*Pro Se*

Order Filed on October 17, 2023
by Clerk
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Peter C. Bell
Edna M. Bell

Case No.: 18-23437-MBK

Chapter: 13

Hearing Date: August 9, 2023

Judge: Judge Michael B. Kaplan

## ORDER FOR DETERMINATION OF FINAL CURE PAYMENT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 17, 2023**

*(signature)*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter comes before the Court on a Motion for Determination of Final Cure and Mortgage Payments (ECF No. 60) filed by Debtors Peter and Edna Bell.  The Court has carefully reviewed the submissions of the parties and considered the arguments made on the record during the hearings on this matter.  Accordingly, it is HEREBY

ORDERED that the Debtors are to pay $4,828.24 by October 31, 2023, which will bring the mortgage current through October, 2023; and it is further

ORDERED that the Debtors are to make their November payment when it becomes due; and it is further

ORDERED that the Debtors are to satisfy the $7,045.99 arrearage by paying $1,174.33 per month starting on December 1, 2023 and every month thereafter for a total of six months.  Alternatively, the Debtors may pay $5,800 in full satisfaction of the arrearage no later than December 15, 2023.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-23437-MBK
Peter C Bell  Chapter 13
Edna M Bell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Oct 17, 2023     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter C Bell, 8 Harrison Place, Manchester Township, NJ 08759-4910 |
| jdb | + | Edna M Bell, 902B N. New York Ave., Atlantic City, NJ 08401-2374 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Alexandra T. Garcia | on behalf of Creditor Ditech Financial LLC NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Andrew M. Lubin | on behalf of Creditor LoanCare LLC. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LoanCare LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 17, 2023 | Form ID: pdf903 | Total Noticed: 2 |

James French
    on behalf of Creditor LoanCare  LLC. jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Joseph L Youngblood
    on behalf of Debtor Peter C Bell Jgriffith@youngbloodlegal.com

Joseph L Youngblood
    on behalf of Joint Debtor Edna M Bell Jgriffith@youngbloodlegal.com

Marisa Myers Cohen
    on behalf of Creditor LoanCare  LLC. nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Melissa S DiCerbo
    on behalf of Creditor HomeBridge Financial Services  Inc. nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Melissa S DiCerbo
    on behalf of Creditor Ditech Financial LLC nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Melissa S DiCerbo
    on behalf of Creditor LoanCare  LLC. nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13